IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SELECT NOTIFICATIONS MEDIA, LLC,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| - vs. -    ) | C.A. No. 1:12-cv-1292-TSE/TRJ |
| ) | |
| COMCAST CORPORATION, ET AL.,    ) | |
| ) | |
| Defendants.    ) | |
| ) | |
| ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Select Notifications Media, LLC ("Select Notifications") and Defendants Comcast Corporation, Comcast Cable Communications, LLC (f/k/a Comcast Cable Communications, Inc.), Comcast of Richmond, LLC (f/k/a Comcast of Richmond, Inc.), Comcast of Chesterfield County, Inc., Comcast of Virginia, LLC (f/k/a Comcast of Virginia, Inc.), Comcast of Massachusetts/Virginia, Inc., Comcast MO Express of Virginia, Inc., Comcast Business Communications of Virginia, LLC, and Comcast of Michigan I, Inc. (collectively "Defendants"), by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in this action between Select Notifications and the Defendants are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees and expenses.

| | |
|---|---|
| */s/ Charles B. Molster, III* | */s/ Harris D. Butler, III* |
| Charles B. Molster, III | Harris D. Butler, III [VSB No. 26483] |
| (VSB No. 23613) | Rebecca H. Royals [VSB No. 71420] |
| Winston & Strawn LLP | BUTLER ROYALS, PLC |
| 1700 K Street, N.W. | 140 Virginia Street, Suite 302 |
| Washington, D.C. 2006-3817 | Richmond, VA  23219 |
| Telephone: 202-282-5000 | Telephone: (804) 648-4848 |
| Facsimile: 202-282-5100 | Facsimile: (804) 648-6814 |
| cmolster@winston.com | Email: harris.butler@butlerroyals.com |
| | Email: rebecca.royals@butlerroyals.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Steven R. Daniels (Admitted *Pro Hac Vice*) |
| Jack B. Blumenfeld | Maxwell J. Goss ((Admitted *Pro Hac Vice*) |
| Maryellen Noreika | FARNEY DANIELS PC |
| 1201 N. Market Street | 800 S. Austin Avenue, Suite 200 |
| P.O. Box 1347 | Georgetown, Texas 78626 |
| Wilmington, DE 19899-1347 | Tel: 512-582-2828 |
| | Fax: 512-582-2829 |
| **Attorneys for Defendants** | Email: sdaniels@farneydaniels.com |
| | Email:  mgoss@farneydaniels.com |
| | **Attorneys for Plaintiff** |
| | **Select Notifications Media, LLC** |

February 5, 2013

SO ORDERED, this ____day of February, 2013.

_____
United States District Judge